UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANILO NEFTALI RAMOS RAMIREZ,

Petitioner,

-against-

KEN GENALO, TODD LYONS,
MARKWAYNE MULLIN, TODD BLANCE,
and LAWRENCE CATLETTI.

Respondents.

26 Civ. 4553

ORDER

PAUL G. GARDEPHE, United States District Judge:

Petitioner has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g., Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District absent further order of this Court. *See, e.g., Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

SO ORDERED.

Dated:    May 30, 2026
          New York, New York

_____
Paul G. Gardephe
United States District Judge
Part I

2