```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
 DANILO NEFTALI RAMOS RAMIREZ,       :
                                     :
                        Petitioner,  :
                                     :
              -v-                    :          26cv4553 (DLC)
                                     :
 TODD BLANCHE, Acting Attorney General :        ORDER
 of the United States; MARKWAYNE MULLIN, :
 Secretary of Homeland Security; TODD :
 LYONS, Director, U.S. Immigration and :
 Customs Enforcement; KENNETH GENALO, :
 New York Field Office Director for U.S. :
 Immigration and Customs Enforcement; :
 and LAWRENCE CATLETTI, Warden, Orange :
 County Correctional Facility,       :
                                     :
                        Respondents. :
                                     :
-------------------------------------- X
```

DENISE COTE, District Judge:

On May 30, 2026, Danilo Neftali Ramos Ramirez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"), and an emergency motion for a temporary restraining order.  That same day, Judge Paul G. Gardephe of the Southern District of New York issued a stay of removal barring Petitioner from being removed from the United States or transferred outside of this District to preserve the Court's jurisdiction pending a ruling on the Petition.  On June 1, the matter was reassigned to this Court.  It is hereby

ORDERED that counsel should confer and submit a joint letter, no later than **Wednesday, June 3, 2026, at 12:00 p.m.**

indicating whether, if respondents assert that petitioner is detained pursuant to 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from Barbosa da Cunha v. Freden, 175 F.4th 61 (2d Cir. 2026), and, if not, whether respondents consent to issuance of the writ -- subject to preservation of respondents' arguments for appeal.  If counsel believe that briefing is appropriate, counsel should propose a briefing schedule (expedited or otherwise) in the joint letter.

IT IS FURTHER ORDERED that, should the petitioner remain detained, counsel for all parties shall appear for a telephone conference **Thursday, June 4, 2026, at 2:30 p.m.**  The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:       1-855-244-8681
        Access Code:   2312 042 2648

The parties shall use a landline if one is available.

Dated:   New York, New York
         June 1, 2026

_____
             DENISE COTE
      United States District Judge

2