```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DANILO NEFTALI RAMOS RAMIREZ,             :
                                          :
                    Petitioner,           :
                                          :
          -v-                             :        26cv4553 (DLC)
                                          :
TODD BLANCHE, Acting Attorney General     :            ORDER
of the United States; MARKWAYNE MULLIN,   :
Secretary of Homeland Security; TODD      :
LYONS, Director, U.S. Immigration and     :
Customs Enforcement; KENNETH GENALO,      :
New York Field Office Director for U.S.   :
Immigration and Customs Enforcement;      :
and LAWRENCE CATLETTI, Warden, Orange     :
County Correctional Facility,             :
                                          :
                    Respondents.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On May 30, 2026, Danilo Neftali Ramos Ramirez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. An Opinion and Order of June 10, 2026 granted the petition in part and ordered that a bond hearing be held within a week of the Order, at which the Government would bear the burden of proving, by clear and convincing evidence, that Ramos Ramirez is a danger to the community or a flight risk.

In letters of June 17 and June 18, the Government reported that a bond hearing was held on June 16, at which the Government bore the burden of proof and the Immigration Judge ("IJ") denied

bond for Ramos Ramirez based on his danger to the community and flight risk.

An Order of July 2 ordered Ramos Ramirez to show cause by July 9 as to why this petition should not be dismissed and warned him that, should no letter be filed by July 9, the petition shall be dismissed and the Clerk of Court shall close the case.  No letter was filed by July 9.  In a July 10 letter, Ramos Ramirez raised concerns with the IJ's evaluation of the evidence during the June 16 bond hearing and asks the Court to order his immediate release or, in the alternative, to order a new hearing before a different IJ.

This Court does not have jurisdiction to hear the petitioner's arguments regarding the IJ's discretionary bond denial.  The INA provides: "No court may set aside any action or decision by the Attorney General under this section regarding the detention or release of any alien or the grant, revocation, or denial of bond."  8 U.S.C. § 1226(e).  Federal regulations also establish that the BIA is the sole forum for an appeal from an IJ's bond denial.  See 8 C.F.R. §§ 1003.19(f), 1003.38, 1236.1(d)(3).  Accordingly, it is hereby

ORDERED that Ramos Ramirez's May 30, 2026 petition for a writ of habeas corpus is dismissed.  The Clerk of Court is

directed to close the case.

Dated:     New York, New York
           July 10, 2026

                                      _____
                                            DENISE COTE
                                   United States District Judge