UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANILO NEFTALI RAMOS RAMIREZ,

Petitioner,

-against-

TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; TODD LYONS, DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KENNETH GENALO, NEW YORK FIELD OFFICE DIRECTOR FOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND LAWRENCE CATLETTI, WARDEN, ORANGE COUNTY CORRECTIONAL FACILITY.,

Respondents.

26 CIVIL 4553 (DLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 10, 2026, Ramos Ramirez's May 30, 2026 petition for a writ of habeas corpus is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
July 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**